LUMBERTON FARMS, INC. v. THE TOWNSHIP OF LUMBERTON.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ESTELLE BALTIMORE.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JUDITH MITNICK.

September 2, 1981.

Petition for certification denied.

GARY S. BELL, ASSOCIATES, INC. v. MERLIN
INTERNATIONAL, INC.

September 2, 1981.

Petition for certification granted.